# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 23-1687V

VON-IKENNA MARIE TRESNA-TAYLOR,

              Petitioner,

v.

SECRETARY OF HEALTH AND HUMAN SERVICES,

              Respondent.

Chief Special Master Corcoran

Filed: April 16, 2026

*Mark Theodore Sadaka, Law Offices of Sadaka Associates, LLC, Englewood, NJ, for Petitioner.*

*Nina Ren, U.S. Department of Justice, Washington, DC, for Respondent.*

## RULING ON ENTITLEMENT[1]

On September 29, 2023, Von-Ikenna Marie Tresna Taylor filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she developed a vaccine-induced reaction, left upper extremity pain, paresthesia of the left upper extremity, nerve irritation/damage, and cubital tunnel syndrome that was either caused-in-fact or significantly aggravated by an influenza ("flu") vaccine she received on September 30, 2020. Petition at Preamble. The case was assigned to the Special Processing Unit of the Office of Special Masters.

---

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

On April 6, 2026, Respondent filed his Rule 4(c) report in which he **concedes** that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, Respondent has concluded that a preponderance of evidence establishes that Petitioner's left-sided nerve injury was caused-in-fact by the fu vaccine that Petitioner received on September 30, 2020, and no other causes for Petitioner's left-sided nerve injury were identified. *Id.* at 7-8 (citing Section 13(a)(1)). Respondent further agrees that Petitioner received treatment for her condition for more than six months after the onset of her condition, and thus the statutory six-month sequela requirement has been satisfied. *Id.* at 8 (citing Section 11(c)(1)(D)(i)). Therefore, based on the current record, Petitioner has satisfied all legal prerequisites for compensation under the Vaccine Act. *Id.*

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master